**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 99-cv-01167-LTB-MEH

MATTHEW MOUNTS,

    Plaintiff,

v.

JOHN W. SUTHERS,
RICHARD SOARES,
DONA ZAVISLAN, and
LT. JAKE GAYLORD,

    Defendants.
_____

**ORDER**
_____

This case is before me on the recommendation of the Magistrate Judge issued and served on July 29, 2008 (Doc 156). Plaintiff has failed to file specific written objections to the Magistrate Judge's recommendation and is therefore barred from *de novo* review. Accordingly, it is

ORDERED that the recommendation is accepted and Plaintiff's Motion for Relief due to Defendant's Failure to Comply with Order (Doc 143) is DENIED.

                              BY THE COURT:

                                 s/Lewis T. Babcock
                               Lewis T. Babcock, Judge

DATED:    August 22, 2008