IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 99-cv-01167-LTB-MEH

MATTHEW MOUNTS,

    Plaintiff,

v.

JOHN W. SUTHERS,
RICHARD SOARES,
DONA ZAVISLAN, and
LT. JAKE GAYLORD,

    Defendants.

## RECOMMENDATION

**Michael E. Hegarty, United States Magistrate Judge.**

Pending before the Court are two letters filed by Plaintiff, which the District Court construed as Motions for Order [filed September 18, 2008; docket #158, and filed April 10, 2009; docket #161]. In its response, the government raises no objection to Plaintiff's requests, which seek leave to file an objection out of time to the undersigned's Recommendation dated July 29, 2008. (Docket #165; docket #156.) In the interests of justice, the Court recommends Plaintiff's Motions for Order be **granted**, and Plaintiff be permitted to file an objection to the Recommendation at Docket #156 out of time.[1]

---

[1] The party filing objections must specifically identify those findings or recommendations to which the objections are being made. The District Court need not consider frivolous, conclusive, or general objections. A party's failure to file such written objections to proposed findings and recommendations contained in this report may bar the party from a *de novo* determination by the District Judge of the proposed findings and recommendations. *United States v. Raddatz*, 447 U.S. 667, 676-83 (1980); 28 U.S.C. § 636(b)(1). Additionally, the failure to file written objections to the proposed findings and recommendations within ten (10) days after being served with a copy of this Recommendation may bar the aggrieved party from appealing the factual findings of the Magistrate Judge that are accepted or adopted by the

The Clerk of Court is directed to mail a copy of this minute order and a copy of the Recommendation at Docket #156 to Plaintiff.

Dated at Denver, Colorado, this 24th day of April, 2009.

BY THE COURT:

 s/ Michael E. Hegarty
Michael E. Hegarty
United States Magistrate Judge

---

District Court. *Thomas v. Arn*, 474 U.S. 140, 155 (1985); *Moore v. United States*, 950 F.2d 656, 659 (10th Cir. 1991); *Niehaus v. Kansas Bar Ass'n*, 793 F.2d 1159, 1164 (10th Cir. 1986).