**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 99-cv-01167-LTB

MATTHEW MOUNTS,

      Plaintiff,

v.

JOHN SUTHERS,
RICHARD SOARES,
DONA ZAVISLAN and
LT. JAKE GAYLORD,

      Defendants.

_____

**MINUTE ORDER**
_____

BY ORDER OF JUDGE LEWIS T. BABCOCK

     Defendants' Motion to Stay Briefing on Plaintiff's Motion for Contempt [Doc 173] (Doc 180 - filed May 8, 2012) is **GRANTED**.  The briefing scheduling previously set by the Court is stayed pending the resolution of Defendants' Motion to Terminate (Doc 177).

DATED:  May 9, 2012
_____