**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 99-cv-01167-LTB-MEH

MATTHEW MOUNTS,

      Plaintiff,

v.

JOHN W. SUTHERS,
RICHARD SOARES,
DONA ZAVISLAN, and
LT. JAKE GAYLORD,

      Defendants.
_____

**ORDER**
_____

In response to Defendant's Motion to Terminate Action (Doc 183), Mr. Mounts states that he does not have a copy of the Motion. In order to ensure that he has a copy of the Motion, a copy of the Motion to Dismiss or Terminate Action (Doc 177) is provided to Mr. Mounts and

IT IS ORDERED that he shall respond to the Motion **on or before June 4, 2012** and Defendants shall reply **on or before June 18, 2012**.

                                          BY THE COURT:

                                            s/Lewis T. Babcock
                                          Lewis T. Babcock, Judge

DATED:   May 14, 2012