IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No.  99-cv-01167-LTB

MATTHEW MOUNTS,

        Plaintiff,

v.

JOHN SUTHERS,
RICHARD SOARES,
DONA ZAVISLAN, and
LT. JAKE GAYLORD,

        Defendants.

_____

## ORDER

_____

Upon Plaintiff's Request to Reconsider the Court's Ruling (Doc 196 - filed August 23, 2012), and the Court being fully advised, it is

ORDERED that the Request to Reconsider is DENIED.

BY THE COURT:


   s/Lewis T. Babcock       
LEWIS T. BABCOCK, JUDGE

DATED: August 24, 2012