IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No. 99-cv-01167-LTB

MATTHEW MOUNTS,

    Plaintiff,

v.

JOHN SUTHERS,
RICHARD SOARES,
DONA ZAVISLAN, and
LT. JAKE GAYLORD,

    Defendants.

___

ORDER
___

Pursuant to Defendants' Response (Doc 200) to Plaintiff's Motion for Clarification (Doc 198) regarding this Court's Order issued on March 15, 2001 and terminated August 7, 2012, it is

ORDERED that Plaintiff's requested relief is MOOT.

                        BY THE COURT:

                           s/Lewis T. Babcock
                        LEWIS T. BABCOCK, JUDGE

DATED: October 29, 2015